**Below is the Order of the Court.**

**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

CHRISTOPHER M. ALSTON
United States Bankruptcy Judge
700 Stewart Street, Room 7206
Seattle, WA 98101
(206) 370-5330

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Bruce Borjesson,<br><br>Debtor. | Bankruptcy No. 15-16110<br><br>**NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES** |

1. <u>Evidentiary Hearing Setting</u>. This contested matter is set for a one-day non-jury evidentiary hearing commencing at **9:30 a.m**. on **September 26, 2018** in the United States Bankruptcy Court, 700 Stewart Street, Courtroom 7206, Seattle, Washington

2. <u>Compliance</u>. Failure to comply with the procedures and deadlines set forth in this order may result in adverse evidentiary rulings and/or dismissal of the action. The hearing may be stricken and the relief sought denied with prejudice without further notice, and/or evidence excluded, for failure to comply with this order

**Below is the Order of the Court.**

3. Deadlines. The following deadlines will not be routinely extended absent a showing of diligent prosecution and compliance with this order. All requests for an extension must be made by motion, noticed to all parties, and set for hearing before the applicable deadline.

   a. Exhibits. All parties must exchange their proposed exhibits by **September 12, 2018.**

   b. Briefs. The Trustee and the Debtor may, at its option, file and serve a trial brief by **September 14, 2018**. Each party, at its option may serve and file a reply brief by **September 21, 2018**. All must contain the top notation required by Local Bankruptcy Rule 9013-1(d)(1)(B).

   c. Motions in Limine. Motions in Limine to be heard the day of the evidentiary hearing shall be filed no later than **noon** on **September 14, 2018** and any response shall be filed by **noon** on **September 21, 2018**. This order does not preclude a party from pursuing a motion in limine prior to the evidentiary hearing in accordance with the notice and hearing requirements of LBR 9013-1 and having the motion heard on the Court's regular adversary proceeding calendar.

4. Exhibits.

   a. Numbering and Format. A number sequence shall be used for all exhibits (including experts' declarations) of all parties, with prefixes indicating the offering party, Trustee or Debtor (i.e., T1, T2, T3, etc; D1, D2, D3, etc.). Exhibits shall be pre-marked in accordance with this order. Any documentary exhibits which can reasonably be submitted on 8-1/2 by 11 inch paper shall be, with text on one side only. All pages within the respective exhibit should be numbered consecutively. (i.e., 1, 2, 3, etc).

   b. Binders. Any party submitting exhibits shall submit the exhibits in 3-ring binders. The binders shall include an index of the exhibits and each exhibit shall be separated with an index tab marked with the identification as set forth in paragraph 5(a).

   c. Submission of Exhibits to the Court. Parties intending to offer exhibits shall submit three (3) sets of exhibits in 3-ring binders for use by the Court, the clerk, and witnesses. To facilitate identification of exhibits for the hearing, parties intending to offer 10 or more exhibits at the hearing shall submit them to chambers by **September 21, 2018**, unless other arrangements are made in advance with Morgan Brannon (206-370-5331), Judge Alston's Courtroom Deputy.

**Below is the Order of the Court.**

5.  <u>Confirmation</u>. The Trustee shall confirm that the hearing is going forward not later than **noon** on **September 21, 2018** by using the E-Docket Confirmation Process and by notifying any party not represented by a lawyer by mail, facsimile or telephone. Failure to comply may result in the hearing being stricken and the case dismissed with prejudice. For information concerning the E-Docket Confirmation Process, please visit the Court's website at http://www.wawb.uscourts.gov. Parties who are not represented by a lawyer may confirm the hearing by contacting the Court's chambers at (206) 370-5330.

6.  <u>Continuances</u>. Continuances are not routinely granted by the Court and will not be granted without a court order entered at least one week prior to the hearing date. An agreed continuance may be requested by a letter addressed to the judge. The letter should include a representation that the continuance is agreed and proposed revised deadlines. A contested request for continuance must be made by motion and noted for hearing prior to the date of the evidentiary hearing. Unless the evidentiary hearing has been continued by order of the Court, the parties will be expected to appear for the evidentiary hearing as scheduled. The parties must contact Judge Alston's Courtroom Deputy, Morgan Brannon, at 206-370-5331, for available evidentiary hearing dates.

/// **End of Order** ///